## The MCS Group, Inc.
### Priority+ Legal Services, Inc. / Legal Legs, LTD.
One North Charles Street, Suite 301, Baltimore, MD 21201
(410) 752-7500  Fax (410) 823-3299

### Affidavit - Return of Private Process

U. S. District Court District of Maryland Northern Division

Case #  H 03 CV 252

Case    Joe Hand Promotions, Inc.

vs.

My Friends Tavern, Inc., et al. dba My Friends Tavern

MAR 2 4 2003

The undersigned certifies to be a competent person over 18 years old and is not a party to the aforsaid action.
That on 3/15/03 at 4:18:00 PM at 801 Woodrow Avenue, Baltimore, MD 21221

Michael Brewer was served with:
Accepted by:

- ☑ Writ of Summons
- ☑ Complaint
- ☐ Injunctio
- ☐ Interrogatories
- ☐ Subpoena
- ☐ Notice to Take Deposition
- ☐ Order to Appear for Oral Exam
- ☑ Supporting Documents

- ☐ Confessed Judgement
- ☐ Show Cause Order
- ☐ Replevin
- ☐ Writ of Garnishment on Property
- ☐ Writ of Garnishment on Wages
- ☐ Civil Non-Domestic Case Information Report
- ☐ Civil Domestic Case Information Report
- ☐ Request for Production of Documents

Other:

**Additional Information:**

| Race: | White | Height | 5'9" | Hair: | Brown | Age: | 42 |
| Sex | Male | Weight: | 280 | Other: | Mustache & | | |

The undersigned further solemnly declares and affirms under the penalty of perjury that the matter and facts set forth herein are true and correct to the best of my knowledge, information and belief.

Date:  3/18/03

Private Process Server

Sworn and Subscribed to before me this _____ day of _____, in the year _____.