# The MCS Group, Inc.
## Priority+ Legal Services, Inc. / Legal Legs, LTD.
One North Charles Street, Suite 301, Baltimore, MD 21201
(410) 752-7500  Fax (410) 823-3299

### Affidavit - Return of Private Process

U. S. District Court District of Maryland Northern Division

Case #  H 03 CV 252

Case    Joe Han Promotions, Inc,

    vs.

    My Friends Tavern, Inc., et al

The undersigned certifies to be a competent person over 18 years old and is not a party to the aforsaid action.

That on 3/15/03 at 3:42:00 PM at 801 Woodrow Avenue, Baltimore, MD 21221

Ella Mae Brewer, Individually was served with:
Accepted by:

- ☑ Writ of Summons
- ☑ Complaint
- ☐ Injunctio
- ☐ Interrogatories
- ☐ Subpoena
- ☐ Notice to Take Deposition
- ☐ Order to Appear for Oral Exam
- ☑ Supporting Documents

- ☐ Confessed Judgement
- ☐ Show Cause Order
- ☐ Replevin
- ☐ Writ of Garnishment on Property
- ☐ Writ of Garnishment on Wages
- ☐ Civil Non-Domestic Case Information Report
- ☐ Civil Domestic Case Information Report
- ☐ Request for Production of Documents

Other:

### Additional Information:

| | | | |
|---|---|---|---|
| Race: White | Height 5'2" | Hair: Blonde | Age: 65 |
| Sex Female | Weight: 188 | Other: Glasses | |

The undersigned further solemnly declares and affirms under the penalty of perjury that the matter and facts set forth herein are true and correct to the best of my knowledge, information and belief.

Date: 3/18/03

Private Process Server

Sworn and Subscribed to before me this ____ day of _____, in the year ____