IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**NORTHERN DIVISION**

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. )<br>)<br>)   Civil Action No. H-03-252<br>Plaintiff )<br>)<br>v. )<br>)<br>MY FRIENDS TAVERN, INC., *et al.* )<br>)<br>Defendants ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Joe Hand Promotions, Inc., by and through its undersigned attorney, Gerald J. O'Brien, and pursuant to Fed. Rule of Civ. Procedure 41(a)(1), hereby dismisses this action with prejudice.

Dated: June 5, 2003

                                              Gerald J. O'Brien
                                              Federal Bar # 1160
                                              9055 Comprint Court, Suite 340
                                              Gaithersburg, Maryland 20877
                                              301-208-9114 (TELEPHONE)
                                              301-208-0362 (FACSIMILE)
                                              Attorney for Joe Hand Promotions, Inc.

### Certificate of Service

I hereby certify that on this 5th day of June, 2003, a copy of the foregoing Notice of Dismissal was mailed, postage prepaid, and faxed to Stephen R. Tully, Esquire, counsel for the defendants, 712 Park Avenue, Baltimore, Maryland 21201:

                                              Gerald J. O'Brien

*c:\mydocuments\corwin-pleadings\MyFriends.dismissal*